UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TED GAINES and ROBERT WIITALA,

        Plaintiffs,

    v.

MICHAEL JOHANNS, et al.,

        Defendants.
_____/

NO. CIV. S-07-0248 FCD/GGH

**STATUS (PRETRIAL SCHEDULING) ORDER**

After reviewing the parties' Joint Status Report, the court makes the following orders:

**I.  SERVICE OF PROCESS**

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

**II.  ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS**

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. See Fed. R. Civ. P.16 (b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**III.  JURISDICTION/VENUE**

Plaintiffs' allege jurisdiction under 5 U.S.C. sections 701-706. Defendants contest subject matter jurisdiction. Venue is under 28 U.S.C. section 1391(e) and is uncontested.

**IV.  DISCOVERY**

Fed. R. Civ. P. 26(a)(1)(E)(i) exempts actions under the Administrative Procedure Act

(APA) from initial disclosure requirements which includes the development of a proposed discovery plan. The administrative record will be filed with court by the defendants no later than September 7, 2007. Any motions to compel supplements to the record will be filed no later than October 18, 2007.

## V.    MOTION HEARING SCHEDULE

Defendants shall assert their jurisdictional defenses in a preliminary motion pursuant to Local Rule 78-230 and the court sets the following briefing schedule:

      Defendants Motion:     May 25, 2007

      Plaintiffs Opposition:  June 15, 2007

      Defendants Reply:      June 29, 2007

      Hearing date:          July 13, 2007 at 10:00 a.m. in Courtroom #2.

If the Court finds jurisdiction is proper the court sets the following briefing schedule for cross motions:

      Plaintiffs' Motion for Judgment on the Record: November 2, 2007

      Defendants' Consolidated Opposition and Cross motion: November 23, 2007

      Plaintiffs' Consolidated Reply and Opposition: December 7, 2007

      Defendants' Reply: December 21, 2007

      Motion hearing: January 11, 2008 at 10:00 a.m. in Courtroom #2.

The court places a page limit of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies. All requests for page limit increases must be made through the courtroom deputy clerk at least fourteen (14) days prior to the filing of the motion.

For the court's convenience, citations to Supreme Court cases should include parallel citations to the Supreme Court Reporter.

## VI.    SETTLEMENT CONFERENCE

No settlement conference is currently scheduled. A settlement conference may be set at the time of the Final Pretrial Conference or at an earlier time at the parties' request. In the event that an earlier settlement conference date is requested, the parties shall file said request jointly, in

1  writing.  If the case will be tried to a jury, all parties should be prepared to advise the court
2  whether they will stipulate to the trial judge acting as settlement judge and waive disqualification
3  by virtue thereof.
4      Counsel, except for Counsel for the United States, are instructed to have a principal with
5  full settlement authority present at the Settlement Conference or to be fully authorized to settle
6  the matter on any terms.  At least seven (7) calendar days before the Settlement Conference,
7  counsel for each party shall submit to the chambers of the settlement judge a confidential
8  Settlement Conference Statement.  Such statements are neither to be filed with the Clerk nor
9  served on opposing counsel.  Each party, however, shall serve notice on all other parties that the
10 statement has been submitted.  If the settlement judge is not the trial judge, the Settlement
11 Conference Statement shall not be disclosed to the trial judge.

### VII. OTHER MATTERS

On February 5, 2007, Abigail R. Kimbell replaced Dale N. Bosworth as Chief of the Forest Service.  The court orders that Ms. Kimbell be substituted in as defendant for Mr. Bosworth.

### VIII. MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

### IX. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within **ten (10) *court* days** of service of this Order.

IT IS SO ORDERED.

DATED: April 18, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE