1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8                             ----oo0oo----

9   NATURAL RESOURCES DEFENSE
    COUNCIL, et al.,

10                                    NO. CIV. S-05-02590 WBS GGH

            Plaintiffs,

11       v.

12  UNITED STATES FOREST SERVICE,
    et al.,

13

            Defendants.

14  _____/

15  GAINES, et al.,

16          Plaintiffs,            NO. CIV. S-07-00248 FCD GGH

17       v.
                                   RELATED CASE ORDER

18  JOHANNS, et al.,

19          Defendants.

20  _____/

21                             ----oo0oo----

22          Examination of the above-entitled actions reveals that

23  these actions are related within the meaning of Local Rule 83-

24  123, E.D. Cal. (1997).  The complaints in both cases challenge

25  the Forest Service's recent land management decisions with

26  respect to snowmobiling in the West Hoover Proposed Wilderness or

27  Planning Area of the Humboldt-Toiyabe National Forest as unlawful

28  under federal statutes including the National Environmental

1  Policy Act ("NEPA"), 42 U.S.C. §4321 *et seq.,* and the Wilderness

2  Act of 1964, 16 U.S.C. § 1131 *et seq.*  Accordingly, the

3  assignment of the matters to the same judge is likely to effect a

4  substantial saving of judicial effort and is also likely to be

5  convenient for the parties.  The parties should be aware that

6  relating the cases under Local Rule 83-123 merely has the result

7  that these actions are assigned to the same judge and the same

8  magistrate judge; no consolidation of the actions is effected.

9          IT IS THEREFORE ORDERED that the actions denominated

10  CIV. S-05-02590 WBS GGH, Natural Resources Defense Council, et

11  al. vs United States Forest Service, et al., and CIV. S-07-00248

12  FCD GGH Gaines, et al. vs Johanns, et al., should be, and the

13  same hereby are, deemed related and case denominated CIV. S-07-

14  00248 FCD GGH shall be reassigned to the Honorable WILLIAM B.

15  SHUBB for all further proceedings.  The Magistrate Judge Gregory

16  G. Hollows remains the same.   Henceforth the captions on all

17  documents filed in the reassigned case shall be shown as CIV. S-

18  07-00248 WBS GGH, and any dates currently set in the reassigned

19  case only are hereby VACATED.

20          IT IS FURTHER ORDERED that the Clerk of the Court make

21  appropriate adjustments in the assignment of civil cases to

22  compensate for this reassignment.

23          IT IS SO ORDERED.

24  DATED:  June 9, 2007

25

26  _____

WILLIAM B. SHUBB

27  UNITED STATES DISTRICT JUDGE

28